No. 73–1055. BOWMAN TRANSPORTATION, INC. v. AR-
KANSAS-BEST FREIGHT SYSTEM, INC., ET AL., 419 U. S.
281;

No. 73–1069. JOHNSON MOTOR LINES, INC. v. AR-
KANSAS-BEST FREIGHT SYSTEM, INC., ET AL., 419 U. S.
281;

No. 73–1070. RED BALL MOTOR FREIGHT, INC. v. AR-
KANSAS-BEST FREIGHT SYSTEM, INC., ET AL., 419 U. S.
281;

No. 73–1071. LORCH-WESTWAY CORP. ET AL. v. AR-
KANSAS-BEST FREIGHT SYSTEM, INC., ET AL., 419 U. S.
281;

No. 73–1072. UNITED STATES ET AL. v. ARKANSAS-
BEST FREIGHT SYSTEM, INC., ET AL., 419 U. S. 281;

No. 74–313. BUCKLEY ET AL. v. AMERICAN FEDERA-
TION OF TELEVISION & RADIO ARTISTS, 419 U. S. 1093;

No. 74–314. LEWIS v. AMERICAN FEDERATION OF
TELEVISION & RADIO ARTISTS, 419 U. S. 1093;

No. 74–407. INFELICE v. UNITED STATES, 419 U. S.
1107;

No. 74–435. WARD v. PHILADELPHIA ELECTRIC CO.,
419 U. S. 1049;

No. 74–629. PLACID OIL CO. ET AL. v. LOUISIANA ET
AL., 419 U. S. 1110;

No. 74–638. TEXACO INC. v. LOUISIANA ET AL., 419
U. S. 1110;

No. 74–5005. ALEXANDER ET AL. v. CALIFORNIA, 419
U. S. 1122; and

No. 74–5614. HARSANY v. WORKMEN'S COMPENSA-
TION APPEALS BOARD ET AL., 419 U. S. 1125. Petitions
for rehearing denied.

No. 74–551. LEE ET AL. v. ARROWOOD, CO-EXECU-
TOR, ET AL., 419 U. S. 1116. Petition for rehearing